UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JOSE BAUTISTA,

          Plaintiff,

      v.

R. DIAZ,

          Defendant.

Case No. 16-cv-03174 NC

**ORDER OF SERVICE**

Petitioner Jose Bautista, a state prisoner incarcerated at High Desert State Prison, has filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

## I.   BACKGROUND

Petitioner was convicted by a jury of robbery with a firearm enhancement in the Santa Clara County Superior Court of the State of California.  On May 23, 2013, he was sentenced to two years for robbery and a consecutive 20 years for a firearm enhancement in state prison.  Petitioner unsuccessfully appealed his conviction to the California Court of Appeal and the Supreme Court of California, which on June 10, 2015, denied review of a petition allegedly raising the same claims raised here.

## II.   DISCUSSION

### A.   Legal Standard

This court may entertain a petition for writ of habeas corpus "in behalf of a person in custody pursuant to the judgment of a State court only on the ground that he is in

Case No. 16-cv-03174 NC

1    custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C.

2    § 2254(a).  It shall "award the writ or issue an order directing the respondent to show cause

3    why the writ should not be granted, unless it appears from the application that the applicant

4    or person detained is not entitled thereto."  28 U.S.C. § 2243.  Summary dismissal is

5    appropriate only where the allegations in the petition are vague or conclusory, palpably

6    incredible, or patently frivolous or false.  *See Hendricks v. Vasquez*, 908 F.2d 490, 491

7    (9th Cir. 1990).

8    **B.    Petitioner's Legal Claims**

9          Petitioner seeks federal habeas corpus relief by raising the following claim:

10   ineffective assistance of counsel at the sentencing phase.  Liberally construed, the claims

11   appear colorable under 28 U.S.C. § 2254 and merit an answer from respondent.

12   **III.  CONCLUSION**

13         For the foregoing reasons and for good cause shown:

14         1.  The clerk shall serve by certified mail a copy of this order and the

15             petition and all attachments thereto upon respondent.  The clerk shall also

16             serve a copy of this order on petitioner.

17         2.  Respondent shall file with the court and serve on petitioner, within 60

18             days of the date of this order, an answer showing why a writ of habeas

19             corpus should not be issued (or -an answer conforming in all respects to

20             Rule 5 of the Rules Governing Section 2254 Cases, showing cause why a

21             writ of habeas corpus should not be issued).  Respondent shall file with

22             the answer and serve on petitioner a copy of all portions of the

23             administrative record that are relevant to a determination of the issues

24             presented by the petition.

25         3.  If the petitioner wishes to respond to the answer, he shall do so by filing a

26             traverse with the court and serving it on respondent within 30 days of his

27             receipt of the answer.

28

Case No. 16-cv-03174 NC                2

United States District Court
Northern District of California

1                4.  Respondent shall file a consent or declination to magistrate judge

2                  jurisdiction within 14 days.

3

4       **IT IS SO ORDERED.**

5

6    Dated:  September 1, 2016

                                        NATHANAEL M. COUSINS

7                                     United States Magistrate Judge

8

9

10

11

*United States District Court*
*Northern District of California*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Case No. 16-cv-03174 NC         3

United States District Court<br>Northern District of California

1

2

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

3

4    JOSE BAUTISTA,

Plaintiff,

5

6    v.

7    R. DIAZ,

8           Defendant.

Case No.  16-cv-03174-NC

**CONSENT OR DECLINATION TO MAGISTRATE JUDGE JURISDICTION**

9           INSTRUCTIONS: Please indicate below by checking one of the two boxes whether

10   you (if you are the party) or the party you represent (if you are an attorney in the case)

11   choose(s) to consent or decline magistrate judge jurisdiction in this matter. Sign this form

12   below your selection.

13           **( )  Consent** to Magistrate Judge Jurisdiction

14           In accordance with the provisions of 28 U.S.C. § 636(c), I voluntarily **consent** to

15   have a United States magistrate judge conduct all further proceedings in this case,

16   including trial and entry of final judgment. I understand that appeal from the judgment

17   shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

18                OR

19           **( )  Decline** Magistrate Judge Jurisdiction

20           In accordance with the provisions of 28 U.S.C. § 636(c), I **decline** to have a United

21   States magistrate judge conduct all further proceedings in this case and I hereby request

22   that this case be reassigned to a United States district judge.

23

24   DATE:                                    NAME:
                                              COUNSEL FOR:
25                                            (OR "PRO SE:)

26                                            _____

27                                            Signature

28

Case No. 16-cv-03174 NC                4