IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| **JOSE BAUTISTA,** | 16-cv-03174-YGR |
| Petitioner, | **JUDGMENT** |
| v. | |
| **MARION SPEARMAN, Warden,** | |
| Respondent. | |

For the reasons set forth in this Court's Order Denying Petition for Habeas Corpus Relief, **IT IS ORDERED AND ADJUDGED** that petitioner take nothing, that the action be dismissed in accordance with the Court's Order, and that each party bear its own costs of action.

**IT IS SO ORDERED.**

Dated: July 11, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Judge

1